**Order entered November 20, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00800-CV

**COURTNEY CHRISTOPHER, Appellant**

**V.**

**JUAN ECHEVARRIA, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-11780**

## ORDER

Before the Court is appellee's November 17, 2017 unopposed second motion for extension of time to file a brief. We **GRANT** the motion and extend the time to **December 18, 2017**.

/s/     CRAIG STODDART
JUSTICE